UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

DARLA V. EDWARDS

    Plaintiff,

v.

JAMES MADISON UNIVERSITY

and

VIRGINIA ADVANCED STUDIES STRATEGIES,

DBA "VIRGINIA EDUCATION STRATEGIES"

("VES")

and

JENNIFER STEVENS

    Defendants

Civil Action No. 5:23-cv-74

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JUN 26 2025

LAURA A. AUSTIN, CLERK
BY: /s/
    DEPUTY CLERK

## NOTICE TO THE COURT REGARDING UNAUTHORIZED ACTION BY COUNSEL AND PENDING MOTION FOR CONTINUANCE BASED ON MEDICAL HARDSHIP

Plaintiff, Darla V. Edwards, respectfully submits this Notice to inform the Court of recent developments requiring immediate judicial awareness and protection.

Plaintiff, Darla V. Edwards, has filed a Motion for Continuance Based on Medical Hardship and Request for Judicial Protection contemporaneously with this Notice, supported by a sworn Declaration. Plaintiff is under the care of a licensed mental health provider for PTSD and anxiety, and is currently unable to participate in litigation-related proceedings without jeopardizing her mental health.

Plaintiff has instructed current counsel that she does not authorize consent to any hearing on July 1, 2025, or any other date, and does not permit counsel to appear or speak on her behalf in any proceeding without her express, written consent.

Plaintiff has been advised that counsel may attempt to schedule or attend a hearing despite this objection. Plaintiff respectfully requests that the Court take notice of this situation and refrain

from scheduling or conducting any hearing until Plaintiff's motion is reviewed and the medical hardship is addressed.

This notice is submitted to preserve Plaintiff's rights and to prevent any adverse action from being taken without her knowledge or lawful participation.

Respectfully Submitted,

*Darla V. Edwards* (signature)

Darla V Edwards

*address on file with clerk

Edwardsdv2023@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2025, I filed the Notice to the Court Regarding Unauthorized Action by Counsel and Pending Motion for Continuance based on Medical Hardship with the Clerk of the Court. All parties were electronically notified via the Court's CM/ECF system on that date.

Physical mailing was completed on June 26, 2025 via Certified Mail to:

Shelley Cupp Schulte, PC

c/o Tim Schulte

3 W Cary St.

Richmond, VA 23220


McGuire Woods

c/o Heidi Siegmund

Gateway Plaza

800 E Canal St

Richmond, VA 23219