IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

DARLA V. EDWARDS,

         **Plaintiff,**

v.

**JAMES MADISON UNIVERSITY**

**and**

**VIRGINIA ADVANCED STUDY
STRATEGIES, INC., DBA "VIRGINIA
EDUCATION STRATEGIES"
("VES")**

**and**

**JENNIFER STEVENS**

         **Defendants.**

Civil Action No. 5:23-cv-00074

## DEFENDANT JMU'S AMENDED RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR LEAVE TO WITHDRAW AS COUNSEL AND FOR CONTINUANCE

COMES NOW Defendant, James Madison University ("JMU"), by counsel, and makes the following AMENDMENT to its earlier Response in Opposition to Plaintiff's Motions for Leave to Withdraw as Counsel and for Continuance (ECF No. 84):

Much ink has been spilled in this case since JMU filed its Response in Opposition (ECF No. 84). Since that time, Plaintiff, who still has counsel of record, has filed, *pro se*, ECF Nos. 85-89, 91, 92, 94, and 97-100, and Plaintiff's attorney of record has filed ECF No. 93. Without commenting on the veracity, or lack thereof, of any of Plaintiff's *pro se* statements, JMU continues

to stand on its position taken in ECF No. 84 with the exception of **now withdrawing its objection**

**to Plaintiff's attorney of record's motion to withdraw as counsel.**

Respectfully submitted,

**JAMES MADISON UNIVERSITY**

**By counsel:**

    /s/ *Richard R. Shayegan*
Richard R. Shayegan (VSB No. 80919)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-1109
Facsimile:   (804) 371-2087
Email:  *rshayegan@oag.state.va.us*
*Counsel for Defendant JMU*

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/Trial Section Chief

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of July 2025, the foregoing DEFENDANT JMU'S AMENDED RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR LEAVE TO WITHDRAW AS COUNSEL AND FOR CONTINUANCE was delivered through the CM/ECF system to be forwarded electronically to:

Tim Schulte, Esquire
Shelley Cupp Schulte, P.C.
3 West Cary Street
Richmond, Virginia 23220
Schulte@scs-work.com

Timothy E. Cupp, Esquire
Shelley Cupp Schulte, P.C.
1951 Evelyn Byrd Avenue, Suite D
Harrisonburg, VA 22803
Cupp@scs-work.com
*Counsel for Plaintiff, Darla V. Edwards*

Heidi E. Siegmund, Esquire
McGuire Woods LLP
800 East Canal Street
Richmond, VA 23219
hsiegmund@mcguirewoods.com
*Counsel for Defendants VES and Jennifer Stevens*

/s/ *Richard R. Shayegan*
Richard R. Shayegan (VSB No. 80919)
Assistant Attorney General

*Counsel for Defendant James Madison University*