# UNITED STATES DISTRICT COURT

## FOR THE WESTERN COURT OF VIRGINIA

### Harrisonburg Division

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

07/11/2025

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

**DARLA V. EDWARDS**

    **Plaintiff**

**v.**

**JAMES MADISON UNIVERSITY**

**and**

**VIRGINIA ADVANCED STUDY**

**STRATEGIES DBA ""VIRGINIA**

**EDUCATION STRATEGIES"**

**("VES')**

**and**

**JENNIFER STEVENS**

    **Defendants**

**Civil Action No.: 5:23-cv-74**

## NOTICE OF OBJECTION TO DEPOSITION PENDING RULING ON MOTION FOR CONTINUANCE DUE TO MEDICAL HARDSHIP

Plaintiff respectfully notifies the Court and opposing counsel that a Motion for Continuance Due to Medical Hardship is currently pending before the Court, and Plaintiff is awaiting a ruling on that motion. Despite this, opposing counsel has noticed a deposition of the Plaintiff, which places undue pressure on Plaintiff and may cause irreparable harm to her mental state.

Given the nature of the pending motion and medical documentation already submitted to the Court under seal, Plaintiff objects to proceeding with any deposition or discovery activities until the Court has issued a ruling.

This objection is made in good faith and solely for the purpose of protecting Plaintiff's health and due process rights. Plaintiff will comply fully with all discovery obligations following the Court's ruling.

Plaintiff respectfully requests that the Court clarify the status of the pending motion and confirm that no discovery proceedings, including depositions, should move forward until a ruling has been issued.

Respectfully submitted,

Darla V. Edwards

July 10, 2025

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I caused a true and correct copy of the foregoing Notice of Objection to be served upon the following parties by certified mail:

McGuire Woods

800 E Canal St

Richmond, VA 23219

c/o – Heidi Siegmund


Shelley Cupp Schulte, PC

3 W Cary St.

Richmond, VA 23220

c/o Tim Schulte


James Madison University

800 S Main St

Harrisonburg, VA 22807

c/o Richard Shayegan



Respectfully Submitted,

Darla V. Edwards